[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10571
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-20686-FAM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO MACIEL,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(August 3, 2017)

Before ED CARNES, Chief Judge, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Ricardo Maciel appeals pro se from the district court's denial of his motion

to reduce his sentence under 18 U.S.C. § 3582(c)(2). Maciel claims that he is entitled to relief based on Amendment 801 to the United States Sentencing Guidelines. We disagree. Section 3582(c)(2) allows relief only in accordance with the policy statements of the Sentencing Commission. And the Commission's policy statement, which is codified at U.S.S.G. § 1B1.10, allows for sentence reductions based only on amendments to the guidelines that are specifically listed in § 1B1.10(d). Because Amendment 801 is not listed there, Maciel is not entitled to relief.

**AFFIRMED.**